Peng Shao, Bar No. 319624
peng@r23law.com
R23 Law APC
633 West Fifth Street, 26th Floor
Los Angeles, California 90071
Telephone: 888.533.2948
Facsimile: 415.558.0230

Attorneys for Plaintiff
SASA CIRKOVIC

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

RACHEL E. SIMONS, Bar No. 322804
resimons@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
CHECKR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASA CIRKOVIC; an individual;<br><br>Plaintiff,<br><br>v.<br><br>CHECKR, INC.; STERLING INFOSYSTEMS, INC.; and DOES 1 to 50, inclusive;<br><br>Defendants. | Case No. 3:26-cv-06974-CRB<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CHECKR, INC. TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Trial Date: None Set<br>Complaint Filed: July 8, 2026 |

**JOINT STIPULATION**

Pursuant to Local Rule 6-1(a), Plaintiff SASA CIRKOVIC ("Plaintiff") and Defendant CHECKR, INC. ("Defendant") (collectively the "Parties") by and through their respective counsel of record herein, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed her Complaint against Defendant on July 8, 2026 (Dkt. 1);

**WHEREAS**, Defendant was served on July 13, 2026, making Defendant's current deadline to respond to the Complaint August 3, 2026;

**WHEREAS,** because Defendant's investigation is ongoing, including into whether Plaintiff entered into an arbitration agreement, Defendant requested an extension of time to respond to Plaintiff's Complaint by 21 days to August 24, 2026;

**WHEREAS**, the Court has not previously stated that no further extensions will be granted, and it has not granted any other time modifications; and

**WHEREAS**, the requested time modification does not impact any other case deadlines.

**IT IS HEREBY STIPULATED AND AGREED**, that the last day for Defendant to file a responsive pleading shall be extended as described above until August 24, 2026.[1]

**IT IS SO STIPULATED**.

Dated: July 31, 2026

R23 LAW APC

*_/s/ Peng Shao_*
Peng Shao

Attorneys for Plaintiff
SASA CIRKOVIC

Dated: July 31, 2026

LITTLER MENDELSON, P.C.

*_/s/ Rachel E. Simons_*
Rod M. Fliegel
Rachel E. Simons

Attorneys For Defendant
CHECKR INC.

[1] Checkr reserves its right to seek to enforce any arbitration agreement with Plaintiff. Plaintiff similarly reserves her right to oppose any effort by Checkr to enforce any arbitration agreement.

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: July 31, 2026

LITTLER MENDELSON, P.C.

*/s/ Rachel E. Simons*
Rod M. Fliegel
Rachel E. Simons

Attorneys for Defendant
CHECKR, INC.

# [PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation to Extend the Deadline to File a Responsive Pleading, it is HEREBY ORDERED THAT the deadline for Defendant to file a responsive pleading is extended from August 3, 2026 to August 24, 2026. The extension is without prejudice to Checkr's right to seek to compel arbitration or Plaintiff's right to oppose any such motion to compel arbitration by Checkr.

**IT IS SO ORDERED.**

Dated: August 4, 2026

HON. CHARLES R. BREYER
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

4925-2379-5904.1 / 091435.1985

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940