Peng Shao, Bar No. 319624
peng@r23law.com
R23 Law APC
633 West Fifth Street, 26th Floor
Los Angeles, California 90071
Telephone: 888.533.2948
Facsimile: 415.558.0230

Attorneys for Plaintiff
SASA CIRKOVIC

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Facsimile: 415.399.8490

RACHEL E. SIMONS, Bar No. 322804
resimons@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
CHECKR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASA CIRKOVIC; an individual;<br><br>Plaintiff,<br><br>v.<br><br>CHECKR, INC.; STERLING INFOSYSTEMS, INC.; and DOES 1 to 50, inclusive;<br><br>Defendants. | Case No. 3:26-cv-06974-CRB<br><br>**JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY LITIGATION AND ~~[PROPOSED]~~ ORDER**<br><br>Trial Date: None Set<br>Complaint Filed: July 8, 2026 |

**JOINT STIPULATION**

Plaintiff SASA CIRKOVIC ("Plaintiff") and Defendant CHECKR, INC. ("Defendant") (collectively the "Parties") by and through their respective counsel of record herein, hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint against Defendant on July 8, 2026 (Dkt. 1);

**WHEREAS,** Defendant asserts that Plaintiff's claims must be submitted to binding arbitration based on the existence of a written arbitration agreement (the "Arbitration Agreement"), attached hereto as **Exhibit 1**, between Plaintiff and Defendant;

**WHEREAS**, Plaintiff takes no position on the validity or enforceability of the Arbitration Agreement;

**WHEREAS**, the Parties have agreed that in order to avoid the time and expense of motion practice it is in their mutual interests for Plaintiff's claims against Defendant to be submitted to binding arbitration pursuant to the Arbitration Agreement;

**WHEREAS,** this stipulation does not constitute a new post-dispute agreement to arbitration but is instead an election to proceed under the existing Arbitration Agreement;

**WHEREAS**, in light of the Parties' agreement to submit Plaintiff's claims to binding arbitration, the Parties have agreed to stay proceedings in this case as against Defendant until arbitration has been completed; and

**WHEREAS**, this Court has the authority to order a stay of proceedings under the Federal Arbitration Act, 9 U.S.C. § 3.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that:

1. Plaintiff's claims against Defendant shall be submitted to binding arbitration pursuant to the applicable Arbitration Agreement, subject to the modifications in this stipulation;

2. Pursuant to California Code of Civil Procedure section 1283.05, the arbitrator shall have authority to issue third party discovery subpoenas. This incorporation of Code of Civil Procedure section 1283.05 shall not be construed to mandate that the arbitrator permit any particular method of discovery, whether directed to third parties or otherwise. Instead, the arbitrator shall retain discretion to determine the scope, timing, and methods of discovery pursuant to the AAA Rules referenced in



LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940

the Agreement. In all other respects, the Federal Arbitration Act shall apply to the Arbitration Agreement and proceedings under the Arbitration Agreement;

3. The "Pre-Arbitration Notification and Negotiation Process" in the Arbitration Agreement is waived;

4. Sections 11 and 12 of the Arbitration Agreement shall not apply to or limit Plaintiff's claims or remedies in the arbitration;

5. The instant action and proceedings as against Defendant shall be stayed pending the outcome of the arbitration of Plaintiff's claims against Defendant; and

6. Plaintiff shall be ordered to notify the Court within sixty (60) calendar days of any final resolution of Plaintiff's claims, whether by settlement, final arbitration decision, or other conclusive resolution or release of the claim.

The undersigned acknowledge and agree that they have acted as legal counsel to their clients as named below in connection with this Stipulation.

**IT IS SO STIPULATED**.

Dated: August 13, 2026

R23 LAW APC

*<u>/s/ Peng Shao</u>*
Peng Shao

Attorneys for Plaintiff
SASA CIRKOVIC

Dated: August 13, 2026

LITTLER MENDELSON, P.C.

*<u>/s/ Rachel E. Simons</u>*
Rod M. Fliegel
Rachel E. Simons

Attorneys For Defendant
CHECKR INC.



LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: August 13, 2026

LITTLER MENDELSON, P.C.

*/s/ Rachel E. Simons*
Rod M. Fliegel
Rachel E. Simons

Attorneys for Defendant
CHECKR, INC.

# Exhibit 1

# Terms of Service

## CHECKR, INC.

**Effective Date:** September 19, 2025

**IMPORTANT NOTICE: THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION AND CLASS ACTION WAIVER (SECTION 13), WHICH GOVERNS HOW DISAGREEMENTS AND CLAIMS BETWEEN YOU AND CHECKR CAN BE RESOLVED. IT AFFECTS YOUR LEGAL RIGHTS UNLESS YOU OPT-OUT, AS DETAILED IN SECTION 13 BELOW. PLEASE READ CAREFULLY.**

**By clicking the box at the end of this screen or using any other electronic method ("Electronic Signature"), you are agreeing you have carefully read and understand this mutual agreement to arbitrate and you are agreeing to this agreement to arbitrate claims covered by this agreement.**

These Terms of Service (the "Terms") contain the terms and conditions that govern your access to and use of the services provided by Checkr, Inc. ("Checkr"), including those available on Checkr's website (the "Site") and other websites offered by Checkr, its affiliates and partners, including but not limited to: obtaining, delivering, and managing background reports and related documentation; obtaining status information regarding background reports; Checkr's processes for generating background reports and resolving potential inaccuracies; requesting a copy of your consumer file; and/or any disputes relating to your background check (collectively, the "Services"). Your access to, review of, and/or use of the Services is conditioned on your acceptance of and compliance with these Terms.

You must be 13 years old or the age of majority in your jurisdiction to use the Services. If you are under 13 years old, you may not provide personal information to Checkr, make a purchase on the Site, or register on the Site.

To the extent these Terms conflict with either our Services Agreement located at https://checkr.com/legal/customer-agreement or a separate agreement with Checkr providing different or additional terms regarding the Services ("Services Agreement"), the Services Agreement shall govern.

By clicking the box at the end of this screen or using any other electronic method ("Electronic Signature") and/or accessing the Services, You are agreeing to the following: (1) the Terms; (2) Checkr's Privacy Policy, located at https://checkr.com/legal/privacy-policy ("Privacy Policy"); and (3) the mutual agreement to arbitrate at Section 13 herein. **IF YOU DO NOT AGREE TO THESE TERMS, YOU MAY NOT USE OR ACCESS CHECKR's SITE.**

## 1. Customers, Users and Use of Services

The Terms apply to Checkr customers and users of the Services, including, but not limited to, individuals, business entities, nonprofit organizations, Site visitors, and users of affiliate websites that allow access to the Services including each User's assigns and successors ("Users," "you," or "your"). If you use the Services on behalf of a business entity, you represent and warrant that you

have the authority to bind that entity and your acceptance of the Terms will be deemed an acceptance by that entity.

You agree that the information you provide to Checkr through the Site or related to the Services shall be accurate, including, but not limited to, any information you submit for background checks conducted about or requested by you. You further agree that such information shall be subject to the Privacy Policy.

If you authorize Checkr and/or a third-party to obtain background check reports about you (also known as consumer reports or investigative consumer reports), you understand and agree that: (1) the party you authorize may obtain information about your character, general reputation, personal characteristics, and/or mode of living, which can involve personal interviews with sources such as your neighbors, friends, or associates; (2) reports may include information regarding your criminal history, credit history, eviction records, social security trace, motor vehicle records, drug screening, verification of your education or employment history or other background checks; and (3) a law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company may furnish background information requested by Checkr.

By accessing or using the Services, you represent and warrant you shall comply with all applicable law, including but not limited to the Fair Credit Reporting Act and the Equal Employment Opportunity Act.

## 2. Your Account

You may need to register an account with Checkr in order to utilize the Services, including access to the background check platform offered by Checkr. You are responsible for maintaining the confidentiality of and restricting access to your account, username, and password. If there has been an unauthorized use of your account, you agree to notify us immediately. You are responsible for providing and maintaining current, complete, accurate and truthful information on your account. You shall be responsible for all activities that occur under your account, username and/or password. If you are under the legal age to form a binding contract in your jurisdiction, you represent that your parent or legal guardian has reviewed and agreed to these Terms on your behalf. If you are accessing and using the Site and Services on someone else's behalf, you represent that you have the authority to bind that person as the principal to the Terms, and, to the extent you do not have such authority, you agree to be bound to these Terms and to accept liability for any wrongful use of the Site or Services resulting from such access or use. Checkr reserves the right to refuse to provide the Service and/or terminate your account without prior notice.

## 3. Intellectual Property and Limited License

Between you and Checkr, all intellectual property rights in connection with the Site and Services shall be owned by Checkr. These rights include database rights, patents, copyrights, trademarks (whether registered or unregistered), trade dresses, trade secrets, design rights (whether registered or unregistered) know-how, mask works, moral rights, and all similar rights that may exist now or later in any jurisdiction, including without limitation any applications and registrations for the foregoing, and the Checkr name, logos, designs, domain names, graphics, icons, scripts,

service marks, features, functions, text, graphics, button icons, scripts, service marks, images, software, data compilations and other distinctive brand features, and the compilation and organization thereof (collectively, "Intellectual Property Rights").

All such Intellectual Property Rights are and will remain the exclusive property of Checkr and its subsidiaries, affiliates, partners, and licensors, and are protected by United States and international laws, including laws governing copyrights and trademarks. And except as explicitly provided herein, or as required under applicable law, nothing in the Terms gives you a right to use the Intellectual Property Rights. Neither the Services nor any portion of the Site may be used, reproduced, duplicated, copied, sold, resold, accessed, modified, or otherwise exploited, in whole or in part, for any purpose without Checkr's express, prior written consent.

Subject to these Terms, Checkr grants you a worldwide, limited, revocable, non-exclusive, non-transferable, non-assignable license to access and use the Site and Services as they are provided to you by Checkr. You acknowledge that Checkr is the owner and licensor of the Intellectual Property Rights and that your use of the Intellectual Property Rights confers no additional interest in or ownership of the Intellectual Property Rights.

Violation of any provision of this License may result in immediate termination of the License, in Checkr's sole discretion.

## 4. Copyright Infringement Notices

Checkr respects the intellectual property of others and requires that Customers and Users of the Site do the same. Checkr reserves its right to terminate access and rights to the Services and Sites of any Customers and Users who infringe such intellectual property rights. Consistent with the Digital Millennium Copyright Act, if you believe that copyrighted materials have been copied in a way that constitutes copyright infringement, please send an e-mail or written notice to Checkr's Designated Agent for notices of infringement and provide the following:

> A physical or electronic signature of a person authorized to act on behalf of the owner of the copyright interest that you claim is infringed;
>
> Identification of the copyrighted work(s) that you claim has been infringed;
>
> A description of the material that you claim is infringing and the location of that material on the Site;
>
> Your address, telephone number and email address;
>
> A statement by you that you have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
>
> A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Checkr's Designated Agent for notice for claims of copyright infringement is CT Corporation System, 330 N Brand Blvd, Ste 700, Glendale, CA 91203 or CorporationTeam@wolterskluwer.com.

## 5. User Content

Checkr may, in its sole discretion, permit you to post, upload, publish, submit or transmit content or feedback through the Services and/or Site ("User Content"). Subject to any applicable laws and/or Services Agreement, You hereby grant Checkr a perpetual, worldwide, irrevocable, unrestricted, non-exclusive, royalty-free license to use, copy, license, sublicense, display, adapt, distribute, display, publicly perform, reproduce, transmit, modify, edit and otherwise exploit such User Content to provide the Services and for the purposes for which you submit such User Content, including for Checkr to transmit dispute or rehabilitation information to third parties, including those who have requested background reports about you. You acknowledge and agree that you are solely responsible for all User Content that you submit through the Services and/or the Site.

You represent and warrant that you either are the sole and exclusive owner of all User Content or you control all rights, licenses, consents and releases that are necessary to grant to Checkr the rights in such User Content. You agree not to submit User Content that (a) is unlawful, harmful, threatening, abusive, harassing, tortious, defamatory, vulgar, obscene, pornographic, libelous, invasive of another's privacy, hateful, or racially, ethnically, or otherwise objectionable; (b) you do not have a right to make available under any law or under contractual or fiduciary relationships; (c) is known by you to be false, fraudulent, inaccurate or misleading; (d) you were compensated for or granted any consideration for by any third party; or (e) will infringe, misappropriate or violate a third party's patent, copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights of publicity or privacy, or result in the violation of any applicable law or regulation.

Under no circumstances will Checkr be liable in any way for any User Content, including without limitation, for any errors or omissions in any User Content, or for any loss or damage of any kind incurred by you as a result of the use of any User Content. You hereby waive all rights to any claims against Checkr—including but not limited to any alleged or actual infringements of any proprietary rights, rights of privacy and publicity, moral rights, and rights of attribution—in connection with User Content.

You acknowledge that Checkr has the right (but not the obligation) to refuse to post or remove any User Content and Checkr reserves the right to change, condense, or delete any User Content.

## 6. Use Restrictions

You represent and warrant that you will not do or attempt to do or cause any third party to do or attempt to do any of the following in connection with your use of the Site or Services:

A. use, or attempt to use, the Site or Services for unauthorized purposes (e.g. to obtain information related to background checks on someone other than you or to request an unauthorized background check);

B. use the Site or Services for the benefit of any third party without Checkr's prior written permission;

C. (i) copy, distribute, rent, lease, lend, sublicense or transfer the Services, or make the Services available to any third party, including your affiliates, parents or subsidiaries, without Checkr's

express prior written consent; (ii) modify, decompile, reverse engineer, or disassemble the Site or Services or otherwise attempt to discover any underlying source code, ideas, algorithms, file formats or programming interfaces; (iii) create derivative works based on the Services; (iv) modify, remove, or obscure any copyright, trademark, patent or other notices or legends that appear on the Services; or (v) use the Services to develop a competitive product offering;

D. use any meta tags, "hidden text," agents, robots, scripts, spiders, crawlers or other tools or means, whether manual or automated, to collect, scrape, index, mine, republish, redistribute, transmit, sell, license, download, access or manage the Services, Site (except caching or as necessary to view the Site), or the personal information of others without Checkr's prior written permission or authorization;

E. access the Site or Services for improper, illegal, or unauthorized purposes, including, but not limited to, in violation of the Fair Credit Reporting Act, Civil Rights Act, or Equal Employment Opportunity Act;

F. misrepresent yourself, your identity, or information about you;

G. take any action that (i) may unreasonably encumber the Services' infrastructure; (ii) bypasses measures that are used to prevent or restrict access to the Services; (iii) circumvents, disables, or otherwise interferes with security features of the Services; (iv) distribute, transmit, upload, post, e-mail, share, distribute, reproduce, or otherwise make available any software viruses, malware, program, code, file, or other technology or material intended to interrupt, disrupt, alter, destroy, or limit any part of the Site or Services, or that may harm Customers or Users; or (v) use the Site or Services in a way that violates any of the Intellectual Property Rights, or other rights of any third party, including privacy or publicity rights, or take any action that would jeopardize or impair Checkr's rights as owner of the Intellectual Property Rights or the legality and/or enforceability of the Intellectual Property Rights, including challenging or opposing Checkr's ownership in the Intellectual Property Rights;

H. use the Site or Services for any reason not explicitly authorized by these Terms;

I. frame or utilize framing techniques to enclose the Site or any portion thereof;

J. violate any applicable local, state, national, or international law; and/or

K. attempt to indirectly undertake any of the foregoing.

Notice of Penalty under the Fair Credit Reporting Act ("FCRA"): THE FCRA PROVIDES THAT ANY PERSON WHO KNOWINGLY AND WILLFULLY OBTAINS INFORMATION ON A CONSUMER FROM A CONSUMER REPORTING AGENCY UNDER FALSE PRETENSES SHALL BE FINED UNDER TITLE 18 OF THE UNITED STATES CODE OR IMPRISONED NOT MORE THAN TWO YEARS, OR BOTH.

## 7. Updates

Except as provided in the Arbitration and Class Action Waiver section below, Checkr reserves the right, in its sole discretion, to change and revise these Terms at any time by posting the changes on the Site. Any changes are effective immediately upon posting such changes to the Site. The most current version will be available on the Site, and will be effective upon the Effective Date at

the top of this page. By continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms, except as provided in the Arbitration and Class Action Waiver section below. Checkr may, with or without prior notice, terminate any of the rights granted by these Terms, provided, however, that this does not apply to the Arbitration and Class Action Waiver Section. Checkr will provide you with any additional notices or choices with respect to such changes as required by applicable law.

## 8. Authorization for Background Check & Certain Rights Under the FCRA

The Services may allow you to request a copy of your background check or background reports about you. By requesting a copy, you authorize Checkr and its contractors/providers to use the information you provide to us for purposes of conducting background checks and producing reports for you. You agree that Checkr has no obligation to monitor or edit the information you submit to us and that you are solely responsible for the completeness and accuracy thereof.

In connection with conducting background checks, Checkr may collect certain data including, without limitation, DMV records, criminal records, and other publicly available information. Checkr shall treat such data in accordance with our Privacy Policy.

By requesting a copy of your background check, you further acknowledge receipt of and certify that you have reviewed and fully understand the following three statutory notices:

Summary of Your Rights Under the Fair Credit Reporting Act (16 C.F.R. Part 601) located at //a-us.storyblok.com/f/1014904/e148200dd4/201504_cfpb_summary_your-rights-under-fcra.pdf

Remedying the Effects of Identity Theft located at //a-us.storyblok.com/f/1014904/b532ecb2f1/201410_cfpb_summary_remedying-the-effects-of-id-theft-fcra.pdf

Notice to Users of Consumer Reports (16 C.F.R. Part 601) located at //a-us.storyblok.com/f/1014904/a1b11eedf7/cfr-2012-title12-vol8-part1022-appn.pdf

Nothing in these Terms shall affect your right: a) access certain information in your file by contacting us, or b) to notify us and request that we investigate information in your background check that you believe is inaccurate or incomplete, each as provided in 15 U.S.C. §§ 1681c-1, 1681g, and 1681i, of the FCRA.

## 9. Fees

In connection with your use of the Services, Checkr may charge certain fees (“Fees”) such as Fees when you order a background report. You agree to pay all applicable Fees or charges based on the terms then in effect. Once Services have been initiated, Fees are nonrefundable. Charges will appear on your account as “Checkr, Inc. // Checkr.com”. Payment processing services provided by our third-party payment processor are subject to its terms. All inquiries regarding Services and delivery of reports, including timing or delays, should be made to Checkr at support@Checkr.com.

## 10. Warranties and Disclaimers

Each party represents and warrants to the other party that: (i) it has the full power and authority to enter into the terms and conditions of these Terms; and (ii) the Terms constitute a legal, valid and

binding obligation.

DISCLAIMER. YOU ACKNOWLEDGE THAT THE SITE AND ITS CONTENT AND SERVICES ARE PRESENTED “AS IS.” CHECKR OBTAINS THE INFORMATION IN ITS REPORTS FROM THIRD PARTY SOURCES “AS IS”, AND THEREFORE PROVIDES THE INFORMATION TO YOU ON AN “AS IS” AND “AS AVAILABLE” BASIS. CHECKR MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND WHATSOEVER, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE, OR IMPLIED WARRANTIES ARISING FROM THE COURSE OF DEALING OR A COURSE OF PERFORMANCE IN CONNECTION WITH THESE SITE TERMS OR THE SITE OR ITS CONTENT OR SERVICES, INCLUDING BUT NOT LIMITED TO THE ACCURACY, VALIDITY, OR COMPLETENESS OF ANY REPORTS, THAT THE REPORTS WILL MEET YOUR NEEDS, OR WILL BE PROVIDED ON AN UNINTERRUPTED BASIS. CHECKR EXPRESSLY DISCLAIMS ANY AND ALL SUCH REPRESENTATIONS AND WARRANTIES. EXCEPT AS EXPRESSLY SET FORTH IN THESE TERMS, CHECKR EXPRESSLY DISCLAIMS THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, FITNESS FOR A PARTICULAR PURPOSE AND IMPLIED WARRANTIES ARISING FROM COURSE OF DEALING OR PERFORMANCE. CHECKR AND ITS SUPPLIERS, LICENSORS, PARTNERS AND SERVICE PROVIDERS DO NOT WARRANT THAT THE FUNCTIONALITY AND INFORMATION PROVIDED BY THE SERVICES WILL BE CORRECT, UNINTERRUPTED OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED.

## 11. Indemnification

You agree to defend, indemnify and hold Checkr, and its subsidiaries, affiliates, partners, licensors, directors, officers, employees, and agents (the “Indemnified Parties”) harmless for any damages, losses, judgments, costs, or expenses, including reasonable attorneys’ fees, arising from any third party claim, action, or demand (collectively “Claims”) arising out of or relating to: (a) your use of the Site, Services or User Content in violation of any law, rule, regulation, or your breach of any covenants, representations or warranties of these Terms; (b) any part of your User Content; or (c) your willful or malicious conduct relating to any violation described in this section. You also agree to indemnify the Indemnified Parties for any loss, damages, or costs, including reasonable attorneys’ fees, resulting from your use of software robots, spiders, crawlers, or similar data gathering and extraction tools, or any other action you take that imposes an unreasonable burden or load on our infrastructure.

## 12. Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY LAW, CHECKR AND ITS SUBSIDIARIES, AFFILIATES, PARTNERS, LICENSORS, DIRECTORS, OFFICERS, EMPLOYEES AND AGENTS WILL NOT BE RESPONSIBLE OR LIABLE IN CONTRACT, WARRANTY OR IN TORT (INCLUDING NEGLIGENCE) FOR ANY (a) INTERRUPTION OF SERVICES; (b) ACCESS DELAYS OR ACCESS INTERRUPTIONS TO THE SITE; (c) DATA NON-DELIVERY, MISDELIVERY, CORRUPTION, DESTRUCTION, OR OTHER MODIFICATION; (d) LOSS OR DAMAGES OF ANY SORT INCURRED AS A RESULT OF DEALINGS WITH OR THE PRESENCE OF OFF-WEBSITE LINKS ON THE SITE; (e) COMPUTER VIRUSES, SYSTEM FAILURES, OR MALFUNCTIONS WHICH MAY OCCUR IN CONNECTION WITH YOUR USE OF THE SITE OR SERVICES; (f) ANY INACCURACIES, ERRORS OR OMISSIONS IN CONTENT OR (g) EVENTS BEYOND OUR REASONABLE CONTROL.

FURTHER, CHECKR WILL NOT BE LIABLE IN CONTRACT, WARRANTY, OR IN TORT (INCLUDING NEGLIGENCE) OR ANY OTHER LEGAL THEORY FOR ANY INDIRECT, PUNITIVE, SPECIAL, RELIANCE, INCIDENTAL, CONSEQUENTIAL OR SIMILAR DAMAGES OF ANY KIND (INCLUDING LOSS OF REVENUE OR PROFITS) ARISING OUT OF OR RELATING TO THESE TERMS, THE SITE OR YOUR USE THEREOF, INCLUDING THE USE OR INABILITY TO USE THE SERVICES, OR FOR ANY INFORMATION OBTAINED FROM OR THROUGH THE SERVICES, EVEN IF CHECKR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND IN NO EVENT EXCEED THE AMOUNT PAID TO CHECKR OR ITS PARTNERS UNDER THIS AGREEMENT DURING THE TWELVE MONTH PERIOD IMMEDIATELY PRECEDING THE INITIATION OF ANY CLAIM FOR DAMAGES.

THE LIMITATION OF LIABILITY DESCRIBED ABOVE SHALL APPLY FULLY TO RESIDENTS OF NEW JERSEY. IF ANY PORTION OF THIS SECTION IS HELD TO BE INVALID UNDER THE LAWS OF THE STATE OF NEW JERSEY, THE INVALIDITY OF SUCH PORTION SHALL NOT AFFECT THE VALIDITY OF THE REMAINING PORTIONS OF THE APPLICABLE SECTIONS.

Some jurisdictions do not allow the exclusion of certain warranties or the exclusion or limitation of liability for consequential or incidental damages, so the limitations above may not apply to you.

## 13. Arbitration and Class Action Waiver

PLEASE READ THIS SECTION CAREFULLY — IT AFFECTS YOUR LEGAL RIGHTS AND GOVERNS HOW YOU AND CHECKR CAN BRING CLAIMS AGAINST EACH OTHER. THIS SECTION WILL, WITH LIMITED EXCEPTION, REQUIRE YOU AND CHECKR TO SUBMIT CLAIMS AGAINST EACH OTHER TO BINDING AND FINAL ARBITRATION ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS, GROUP OR REPRESENTATIVE ACTION IN COURT.

### A. Agreement to Arbitrate

In exchange for the benefits of the speedy, economical, and impartial dispute resolution procedure of arbitration, You and Checkr mutually agree to give up our right to resolve disagreements in a court of law by a judge or jury, and, as described below, agree to binding and final arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq.

You and Checkr agree that this arbitration agreement is governed by the Federal Arbitration Act, and shall survive even after these Terms or any Services terminate.

### B. Claims Covered by Arbitration

Other than the exceptions in Section 14.D, You and Checkr agree that any disagreement, claim, or controversy arising out of or relating in any way to these Terms (including its enforcement, breach, performance, interpretation, validity, or termination), or Your access to and/or use of the Services, or the provision of content, services, and/or technology on or through the Services (hereinafter, "Claims"), shall be resolved by final and binding arbitration to the fullest extent allowed by law.

### C. Delegation to Arbitrator

If there is a disagreement about the arbitrability of any Claim (including questions about the scope, applicability, interpretation, validity, and enforceability of this arbitration agreement), You and Checkr agree that this threshold disagreement shall be delegated to the arbitrator (not a court) and that the arbitrator shall have initial authority to resolve such threshold disagreements.

## D. Claims Not Covered by Arbitration

This arbitration agreement shall not require arbitration of the following types of claims: (1) small claims actions demanding $10,000 or less brought on an individual basis and within a small claims court's jurisdiction; and (2) applications for provisional remedies, preliminary injunctions, and temporary restraining orders, including those relating to actual or threatened infringement, misappropriation, or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights.

## E. Class Action Waiver

Except as otherwise required under applicable law, You and Checkr agree to bring and resolve any Claims only on an individual basis, and not as a named-plaintiff or class member in any class or representative proceeding. You and Checkr acknowledge and agree that we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, or any other representative proceeding as to all Claims (hereinafter, "Class Action Waiver"). Further, the arbitrator may not consolidate more than one party's claims and may not preside over any class, consolidated, or representative proceeding, unless you and Checkr agree otherwise in writing.

Notwithstanding any other provision of this arbitration agreement or the AAA Rules, specific disagreements about the scope, applicability, enforceability, revocability or validity of this Class Action Waiver may be resolved only by a civil court of competent jurisdiction and not by an arbitrator. If there is a final determination that the Class Action Waiver is unenforceable as to certain claims brought on a class or representative basis, then those claims shall be severed from any remaining claims and may proceed in court, but the Class Action Waiver shall be enforced in arbitration on an individual basis as to any remaining claims to the fullest extent possible.

## F. Arbitration Rules, Procedures, and Costs

You and Checkr agree that the arbitration shall be administered by the American Arbitration Association ("AAA") before a single arbitrator mutually agreed upon by the parties, and if the parties cannot agree within thirty (30) days after names of potential arbitrators have been proposed, then by a single arbitrator who is chosen by the AAA. The arbitrator will apply the terms of this arbitration agreement and the applicable AAA rules, which are available at www.adr.org or by calling 1–800–778–7879. If You are an individual person, the arbitrator shall apply the AAA Consumer Arbitration Rules. If You are not an individual person, but are an entity or company, the arbitrator shall apply the AAA Commercial Arbitration Rules.

If You are an individual person and bring a claim solely for monetary relief of $10,000.00 or less: Checkr will agree to pay for any filing, administrative, or hearing fees charged by the AAA. If the arbitrator finds that the substance of Your claim or the relief sought is frivolous or brought for an improper purpose, however, then the allocation of fees will be governed by the AAA Consumer Arbitration Rules.

If You are an individual person and bring a claim for monetary relief exceeding $10,000.00: The AAA Consumer Arbitration Rules will govern payment of administrative or hearing fees charged by the AAA, including limiting Your filing fee to $200.00. In addition, fee waivers or other forms of cost relief at the arbitrator's discretion may be available. If the arbitrator finds that the substance of

Your claim or the relief sought is frivolous or brought for an improper purpose, however, then the allocation of fees will be governed by the AAA Consumer Arbitration Rules.

If You are not an individual person: The AAA Commercial Arbitration Rules will govern payment of administrative or hearing fees charged by the AAA.

The arbitrator shall have the power to decide any motions, including dispositive or summary judgment motions, brought by any party to the arbitration. The arbitrator may grant any remedy, relief, or outcome that the parties could have received in court to resolve the party's individual claim, including awards of attorney's fees and costs, in accordance with the law or laws that apply to the Claim. The arbitrator shall provide in writing to the parties the basis for any award or decision. Judgment upon any award rendered in such arbitration will be binding and may be entered in any court with proper jurisdiction.

## G. Severability

Except for the Class Action Waiver in Section 14.E, if any clause within this arbitration agreement is found to be illegal or unenforceable, that specific clause will be severed from this arbitration agreement, and the remainder of the arbitration agreement will be given full force and effect.

## H. Opt-out

If you are an individual person, You have the right to opt-out and not be bound by this arbitration agreement by sending written notice to Checkr—clearly indicating your intent to opt out of this arbitration agreement and including the name, phone number, and email address associated with Your account—via email (arbitration@checkr.com) or U.S. Mail (Checkr, Inc., Legal Department, 1 Montgomery Street, Suite 2400, San Francisco, CA 94104). Your opt-out notice must be sent within 30 days of Your agreement to these Terms.

If You do not opt-out of this arbitration agreement within the 30-day period, You and Checkr shall be bound by the terms of this arbitration agreement in full. If You opt-out of this arbitration agreement within the 30-day period, it will not affect any other, previous, or future arbitration agreements that You may have with Checkr.

## I. Pre-Arbitration Notification and Negotiation Process

Prior to initiating an arbitration, You and Checkr each agree to first attempt to negotiate an informal resolution of any Claims covered in Section 14.B. This pre-arbitration negotiation shall be initiated by providing written notice to the other party—including a brief written statement describing the name, address, and contact information of the notifying party, the facts giving rise to the Claim, and the relief requested. You must send such written notice to Checkr via email (legal@checkr.com) or U.S. Mail (Checkr, Inc., Legal Department, 1 Montgomery Street, Suite 2400, San Francisco, CA 94104); Checkr will send such written notice to the email address You have provided to Checkr.

During this pre-arbitration negotiation, all offers, promises, conduct and statements, whether oral or written, made in the course of the negotiation by any of the parties, their agents, employees, and attorneys are confidential, privileged and inadmissible for any purpose, including as evidence of liability, in arbitration or other proceeding involving the parties.

After a good faith effort to negotiate, if You or Checkr believe a Claim covered in Section 14.B cannot be resolved informally, the party intending to pursue arbitration agrees to notify the other party via email prior to initiating the arbitration. In order to initiate arbitration, a claim must be filed with the AAA and the written Demand for Arbitration (available at www.adr.org) must be provided to the other party, as specified in the AAA Rules.

## 14. Third-Party Links

The Services may contain links to third-party websites and other resources that are not owned or controlled by Checkr. These links do not imply any endorsement by Checkr or the assumption of any responsibility for any such third-party sites, information, materials, products, or services. If you access a third-party website or resource from the Services, you do so at your own risk, and you understand that these Terms and Checkr's Privacy Policy do not apply to your use of such links. Any contract entered with, and any damages caused by, a third party company will be between you and that company.

You expressly relieve Checkr from any and all liability arising from your use of any third-party website, service, or content. You acknowledge and agree that Checkr is not responsible or liable for: (i) the availability or accuracy of such websites or resources; or (ii) the content, products, or services on or available from such websites or resources. You should carefully review the privacy policies and terms and conditions of the third party websites you visit.

## 15. General

**A. Governing Law**
Except for Section 14, which is governed by the Federal Arbitration Act, these Terms are governed by the laws of the State of California without regard to choice of law rules or principles. The choice of law provision is only intended to specify the use of California law to interpret these Terms and is not intended to create any substantive right to non-Californians to assert claims under California law whether by statute, common law, or otherwise.

**B. Assignment**
You may not assign any of your rights or obligations under these Terms without the prior written consent of Checkr. Subject to the foregoing, these Terms inure to the benefit of and are binding on the parties' permitted assignees, transferees and successors. Any attempted assignment in violation of this clause is void.

**C. Integration**
You acknowledge and agree that these Terms constitute the parties' complete and exclusive agreement concerning the use of the Site and Services, and supersede and govern any and all prior or contemporaneous proposals, agreements, or other communications relating to the Site and Services.

**D. Force Majeure**
Checkr will not be responsible for any failure or delay in its performance under this Agreement due to causes beyond its reasonable control, including, but not limited to, labor disputes, strikes, lockouts, internet or telecommunications failures, shortages of or inability to obtain labor, energy, or supplies, war, terrorism, riot, acts of God or governmental action, acts by hackers or other

malicious third parties and problems with the Internet generally, and such performance shall be excused to the extent that it is prevented or delayed by reason of any of the foregoing.

**E. Miscellaneous**

The parties are independent contractors. Nothing contained in these Terms shall be construed as creating any employment, agency, partnership, franchise, joint venture, or other form of joint enterprise or authority to bind the other party. There are no third-party beneficiaries to these Terms. If any provision is found unenforceable, it and any related provisions will be interpreted to best accomplish the unenforceable provisions essential purpose. Any waiver of a provision of these Terms will only be valid if provided in writing and applies only to the specific occurrence so waived. Failure to enforce any provision will not constitute a waiver. Nothing in these Terms will limit a party's ability to seek equitable relief. Section headings are not to be used in the interpretation hereof. The following Sections survive any expiration or termination of these Terms: 2-3, 5, and 8-13.

## 16. Notices and Consent to Receive Notices Electronically

You consent to receive any agreements, notices, disclosures and other communications (collectively, "Notices") to which these Terms refer from us electronically including without limitation by e-mail or by posting notices on this Site. You agree that all Notices that we provide to you electronically satisfy any legal requirement that such communications be in writing.

Unless otherwise specified in these Terms, all notices under these Terms will be in writing and will be deemed to have been duly given when received, if personally delivered or sent by certified or registered mail, return receipt requested; when receipt is electronically confirmed, if transmitted by facsimile or email; or the day after it is sent, if sent for next day delivery by recognized overnight delivery service.

Written notice may be sent via first-class mail to CHECKR LEGAL DEPARTMENT, 1 MONTGOMERY STREET, SUITE 2400, SAN FRANCISCO, CA 94104 or via e-mail to legal@checkr.com. You agree that we may send notices to you regarding your use of the Site by means of electronic mail, a general notice posted on the Site, or by written communication delivered either by overnight courier or U.S. mail to your email or mailing address as appearing in our records from time to time.

Accepted by Sasa Cirkovic at 2026-02-20T22:50:59Z
IP Address: 52.202.60.131
User Agent: Ruby
Version: uzBvGg2zXQxZsX/qF8Tsq1pUkJs=

# [PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation to Arbitrate Claims and Stay Proceedings, it is HEREBY ORDERED THAT Plaintiff's claims against Defendant shall be submitted to binding arbitration, and proceedings as against Defendant in this Court shall be stayed until binding arbitration has been completed.

**IT IS SO ORDERED.**

Dated: August 14, 2026

HON. CHARLES R. BREYER
JUDGE OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

4934-4667-3088.1 / 091435.1985

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940